1
2
3
4
5
6
7

# JS - 6



8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

11
12
13
14
15
16
17

| | |
|---|---|
| JONATHAN VILLAREAL,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration,<br><br>    Defendant. | Case No. EDCV 09-1936-MLG<br><br>JUDGMENT |

18  **IT IS ADJUDGED** that this action is remanded to Defendant for
19  further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)
20  and consistent with the accompanying Memorandum Opinion and Order.

21
22  DATED: May 13, 2010

                                    MARC L. GOLDMAN
                                    _____
                                    MARC L. GOLDMAN
                                    United States Magistrate Judge